UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

APPLE INC.,

Plaintiff,

v.                                                        Case No. 10-CV-661

MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.,

Defendants.

## DECLARATION OF ALEXANDER RUDIS

Alexander Rudis, pursuant to 28 U.S.C.§ 1746, declares as follows:

1.    I am an attorney with Quinn Emanuel Urquhart & Sullivan, LLP and am counsel for defendants Motorola, Inc. and Motorola Mobility, Inc.  My office is located at:

> 51 Madison Avenue, 22nd Floor
> New York, NY 10010
> Telephone:  212-849-7106
> Facsimile:  212-849-7100

2.    I am a member in good standing of the Bar of the State of New York.  I am currently admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

3.    I have never been disbarred by any court.

4.    I have read the Standards for Professional Conduct for the Western District of Wisconsin and agree to abide by those standards.

5.    This Declaration is made in support of a motion for my admission *pro hac vice* to appear in this case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 2nd day of December, 2010.

Alexander Rudis

REINHART\5195122