**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

APPLE INC.,

              Plaintiff,

v.

MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.

              Defendants.

Case No. 10-CV-661

**JURY TRIAL DEMANDED**

## STATUS REPORT

Pursuant to the Court's order of May 16, 2011, Plaintiff Apple Inc. ("Apple") respectively submits the following status report regarding the related ITC Investigations, *In the Matter of Certain Wireless Communication Devises, Portable Music and Data Processing Devices, Computers and Components Thereof*, Inv. No. 337-TA-745 (hereinafter "the 745 Investigation") and *In the Matter of Certain Mobile Devices and Related Software*, Inv. No. 337-TA-750 (hereinafter "the 750 Investigation").

With respect to the 745 Investigation, the parties exchanged responses to contention interrogatories on April 15, 2011 and April 22, 2011, respectively.  Initial expert reports were exchanged on May 6, 2011.  Rebuttal expert reports were exchanged on May 23, 2011.  The close of discovery is currently scheduled for June 15, 2011.[1]

---

[1]  Due to the large number of depositions remaining to be completed (over 50), among other outstanding discovery, Apple filed a motion to extend the target date for the 745 Investigation (the date by which final Commission review is to be completed) from

Prehearing briefs are due on June 24, 2011 and the hearing before Chief Administrative Law Judge ("ALJ") Luckern is set for July 25-29, 2011.   An initial determination is scheduled to be issued on or before November 8, 2011.

With respect to the 750 Investigation, the parties are in the midst of discovery.   Preliminary responses to contention interrogatories on which a party bears the burden of proof and on which party does not bear the burden of proof were exchanged on May 10, 2011 and May 17, 2011, respectively.   Final responses to contention interrogatories will be exchanged on June 10, 2011 and June 17, 2011, respectively. Fact discovery is ongoing, with the close of discovery scheduled for July 1, 2011. Initial expert reports will be exchanged on July 8, 2011; rebuttal expert reports are due on July 22, 2011.   The close of expert discovery is scheduled for August 10, 2011.   A hearing before ALJ Essex is scheduled for September 23 through October 5, 2011.   An initial determination is expected on November 30, 2011.   The target date for the 750 Investigation is scheduled for March 30, 2012.

---

March 8, 2012 to June 8, 2012.   That motion is currently pending adjudication by Chief ALJ Luckern.

Dated: June 2, 2011                    Respectfully Submitted,


  */s/ James Donald Peterson*
James Donald Peterson (Wis. Bar No. 1022819)
jpeterson@gklaw.com
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

*Of Counsel:*

Matthew D. Powers
matthew.powers@weil.com
Steven S. Cherensky
steven.cherensky@weil.com
Jill J. Ho
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Mark G. Davis
mark.davis@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram
rfram@cov.com
Christine Saunders Haskett
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Plaintiff Apple Inc.*

4