## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

APPLE INC.,

        Plaintiff,

v.

MOTOROLA, INC. and MOTOROLA
MOBILITY, INC.

        Defendants.

Case No. 10-CV-661

**JURY TRIAL DEMANDED**

### STATUS REPORT REGARDING RELATED INVESTIGATIONS IN THE
### UNITED STATES INTERNATIONAL TRADE COMMISSION

Pursuant to the Court's order of April 2, 2012, Plaintiff Apple Inc. ("Apple") respectively submits the following status report regarding the related Investigations before the United States International Trade Commission (hereinafter, the "ITC"), *In the Matter of Certain Wireless Communication Devises, Portable Music and Data Processing Devices, Computers and Components Thereof*, USITC Inv. No. 337-TA-745 (hereinafter "the 745 Investigation") and *In the Matter of Certain Mobile Devices and Related Software*, USITC Inv. No. 337-TA-750 (hereinafter "the 750 Investigation").

With respect to the 745 Investigation, an evidentiary hearing began before ALJ Pender on December 8, 2011 and concluded on December 16. The parties filed post-hearing briefs on January 9, 2012 and January 23. The Final ID will be due no later than April 23, 2012. The target date for the completion of the 745 Investigation is August 23, 2012.[1]

---

[1] The 745 Investigation previously had a target date of March 8, 2012, but this date was extended after the case was assigned to ALJ Pender in October 2011.

With respect to the 750 Investigation, an evidentiary hearing began before ALJ Essex on September 26, 2011 and concluded on September 30. ALJ Essex issued a final initial determination (the "Final ID") on January 13, 2012 finding that no violation of Section 337 of the Tariff Act has occurred. On March 16, 2012, the ITC determined to review the Final ID in part, and on review, to affirm ALJ Essex's finding of no violation of Section 337. The Commission issued an opinion affirming ALJ Essex's finding on March 28, 2012. Apple filed a Petition for Review of the Commission's decision with the United States Court of Appeals for the Federal Circuit on April 12, 2012.

Dated: April 13, 2012                    Respectfully Submitted,


 */s/ Mark Davis*

Catherine Cetrangolo
cetrangolo@cetralaw.com
CETRA LAW FIRM LLC
20 N. Carroll Street
Madison, WI 53703
Telephone: 608-535-9220

*Of Counsel:*

Mark G. Davis
mark.davis@weil.com
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W., Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940


Matthew D. Powers
Matthew.Powers@tensegritylawgroup.com
Steven Cherensky
Steven.Cherensky@tensegritylawgroup.com
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 360
Redwood Shores, CA 94065

Telephone:  650-802-6010
Facsimile: 650-802-6001

Robert T. Haslam
rhaslam@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Robert D. Fram
rfram@cov.com
Christine Saunders Haskett
chaskett@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Plaintiff Apple Inc.*