AO 120 (Rev. 3/04)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court ___Western District of Wisconsin___ on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO.<br>10-CV-661 | DATE FILED<br>10/29/2010 | U.S. DISTRICT COURT<br>Western District of Wisconsin |
|---|---|---|
| PLAINTIFF<br><br>APPLE INC. | | DEFENDANT<br><br>MOTOROLA, INC. and<br>MOTOROLA MOBILITY, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,812,828 | 10/12/2010 | Apple Inc. |
| 2 | 7,663,607 | 2/16/2010 | Apple Inc. |
| 3 | 5,379,430 | 1/3/1995 | Apple Inc. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case administratively closed pending proceedings at the<br>International Trade Commission |

| CLERK<br><br>Peter Oppeneer | (BY) DEPUTY CLERK<br>s/ R.Plender | DATE<br>9/27/2012 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy